**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GUEORGUI HRISTOV PANTCHEV, )
)
Plaintiff, )
)
v. ) Civil Action No. 25-2786 (UNA)
)
MOLLY C. DWYER, *et al.*, )
)
Defendants. )

**Memorandum Opinion**

This matter is before the court on initial review of Plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, and *pro se* complaint, ECF No. 1. The court will grant the application, and for the reasons discussed below, dismiss the complaint without prejudice.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). And the court cannot exercise subject matter jurisdiction over a frivolous complaint. *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (explaining that courts may dismiss cases "for patent insubstantiality," including where plaintiff allegedly "was subjected to a campaign of surveillance and harassment deriving from uncertain origins"). Consequently, a court is obligated to dismiss a complaint as frivolous "when

1

the facts alleged rise to the level of the irrational or the wholly incredible." *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The complaint consists of scattered insults and inflammatory language. Its allegations are conclusory and lack any factual basis. The complaint is frivolous, and therefore must be dismissed. A separate order accompanies this memorandum opinion.

DATE: April 13, 2026       AMIR H. ALI
United States District Judge